

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-22-00266-CR

James **KEARNS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022W0277
Honorable Velia J. Meza, Judge Presiding

# O R D E R

On June 29, 2022, we ordered appellant to provide written proof by July 11, 2022 stating whether the court reporters' fees have been paid or arrangements have been made to pay the reporters' fees. When appellant did not file a response, this court's office contacted appellant and the court reporters to determine whether payment had been made. Appellant confirmed paying the court reporters, and the court reporters confirmed receiving payment. We therefore **order** the court reporters to file the reporter's record **by July 29, 2022**. *See* TEX. R. APP. P. 35.1 (requiring appellate record to be filed within 10 days after notice of appeal in an accelerated appeal is filed).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court